UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                      Case No. 16-cr-93-pp

ARMANDO SANTIAGO,

    Defendant.

**ORDER GRANTING MOTION FOR ENTRY OF ORDER OF FORFEITURE AND JUDGMENT (DKT. NO. 49)**

On March 1, 2017, the parties filed an executed plea agreement between the government and defendant Armando Santiago. Dkt. No. 30. In the agreement, the defendant admitted that he had used the properties listed in the superseding indictment to facilitate the offense to which he was pleading guilty (possession of a firearm while having been previously convicted of a felony in violation of 18 U.S.C. §§922(g)(1) & 924(a)(2)), and agreed to the forfeiture of that property. Id. at 8, ¶26. The court entered a preliminary order of forfeiture on April 18, 2017, in which it ordered the United States to publish notice of the court's order and of the government's intent to dispose of the property according to law. Dkt. No. 33.

On January 22, 2018, the government filed a motion for order of forfeiture and judgment, together with an affidavit from Assistant United States Attorney Kelly B. Watzka. Dkt. Nos. 49, 50. The affidavit reported (a) that under

1

21 U.S.C. §853(n)(1), the government had mailed written notice of forfeiture to all parties of record who might have a claim or interest in the property covered by this court's April 18, 2017 forfeiture order; and (b) no interested parties had asserted a claim for the forfeited property within the thirty days following the final publication of notice. Given this representation, the court is satisfied that the government has met the conditions imposed by 18 U.S.C. §2253, governing criminal forfeiture of property.

The court **GRANTS** the government's motion for order of forfeiture and judgment. Dkt. No. 49. The court **ORDERS** that under 18 U.S.C. §2253, the United States of America has clear title to the following property, and may dispose of the property according to law:

> the Remington Arms .22 caliber rifle bearing serial number A2359849;
>
> the Hi-Point, model C9, 9mm pistol bearing serial number P1872030

Dated in Milwaukee, Wisconsin this 25th day of January, 2018.

                                          **BY THE COURT:**

                                          _____
                                          **HON. PAMELA PEPPER**
                                          **United States District Judge**